No. 983.   BLANC *v.* CAYO.   June 5, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. Gordon F. Hook* for petitioner. *Mr. Wm. S. Hodges* for respondent.

No. 1008.   HOFHEIMER *v.* GOLD ET AL.; and

No. 1009.   HOFHEIMER *v.* McINTEE ET AL.   June 5, 1944.   Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Myron Frantz* for petitioner.   *Solicitor General Fahy* and *Mr. Roger S. Foster* for the Securities & Exchange Commission, respondent in No. 1008.   *Messrs. Claude A. Roth, I. E. Ferguson,* and *Lewis E. Pennish* for Ben Gold et al., respondents in Nos. 1008 and 1009.   Reported below: 140 F. 2d 363.

No. 986.   STERLING ALUMINUM PRODUCTS, INC. *v.* SHELL OIL Co.   June 5, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Mr. Morris J. Levin* for petitioner.   *Mr. John S. Marsalek* for respondent.

No. 1040.   LUKSICH *v.* MISETICH ET AL.   June 5, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Philbrick McCoy* for petitioner.   *Mr. Lasher B. Gallagher* for respondents.

No. 750.   SCHITA *v.* PESCOR, WARDEN.   June 5, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Valdo B. Schita, pro se.   Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Bea-*